EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Chief, Major Crimes Section

WES REBER PORTER             #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, HI 96850
telephone:    541-2850
facsimile:    541-2958
e-mail:       wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. CR05 00373 DAE |
| ) | |
| Plaintiff, ) | **INDICTMENT** |
| ) | |
| vs. ) | [18 U.S.C. §§ 1028A, 1344 & 1349] |
| ) | |
| LESLIE A. KAKINAMI ) | |
|   a.k.a.  "Jenny Hidano" ) | |
|          "Sheila Lum" ) | |
|          "Yong Chong Holden" ) | |
|          "Donna Sallee" ) | |
| ) | |
| Defendant. ) | |
| ) | |

**I N D I C T M E N T**

## COUNTS 1-7
(bank fraud)

The Grand Jury charges that:

At all times material to this indictment:

1. Bank of Hawaii and First Hawaiian Bank were financial institutions as defined in Section 20(6), Title 18, United States Code, with deposits insured by the Federal Deposit Insurance Corporation ("FDIC")

2. From a date unknown and continuing thereafter until on or about July 6, 2005, in the District of Hawaii, the defendant LESLIE A. KAKINAMI, a.k.a. "Jenny Hidano," "Sheila Lum," "Yong Chong Holden," "Donna Sallee," unlawfully and knowingly executed and attempted to execute a scheme and artifice to defraud Bank of Hawaii ("BOH") and First Hawaiian Bank ("FHB"), and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of the BOH and FHB by means of material false and fraudulent pretenses, representations, and promises, as set forth below.

### SCHEME AND ARTIFICE TO DEFRAUD

3. The defendant possessed identification cards that contained means of identification, that is, the name and social security number of other persons, such as Jenny Hidano and Sheila Lum.

4. The defendant knew that she could either cash false or fraudulent checks at BOH or access a valid bank account at First Hawaiian Bank, bearing account number 49-608519, owned by Sheila Lum, an actual person, for deposits and withdrawals, all as part of her scheme or artifice to defraud and obtain money by means of false and fraudulent pretenses, representations, and promises from BOH and FHB.

5. It was part of the scheme and artifice to defraud First Hawaiian Bank to unlawfully obtaining written and signed personal checks without authority from the owner/drafter of the checks. The defendant then altered the checks by forging and changing the intended payee to a person of her choosing. The defendant changed the payee on three (3) such checks to Sheila Lum, an actual person.

6. It was part of the scheme or artifice to defraud and obtain money by means of false and fraudulent pretenses, representations, and promises that the defendant would, and did, deposit checks which she knew would not be honored by her because they were stolen and/or forged. Defendant after depositing such checks she knew to be not valid either cashed the checks or made withdrawals against those monies and funds.

**CHECKS CASHED - BANK OF HAWAII**

7. From a date unknown and continuing thereafter until on or about June 2, 2005, within the District of Hawaii, the defendant LESLIE A. KAKINAMI, a.k.a. "Jenny Hidano," "Sheila Lum," "Yong Chong Holden," "Donna Sallee," unlawfully and knowingly executed and attempted to execute a scheme and artifice to defraud Bank of Hawaii ("BOH"), and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of the BOH by means of material false and fraudulent pretenses, representations, and promises, as set forth in paragraphs 1-6 of this Indictment, when she obtained $4,999.98 as a loan from Citi-Financial by purporting herself to be Jenny Hidano, an actual person.

8. The defendant purported to be Jenny Hidano, an actual person, while completing loan paperwork, faxing the loan paperwork to Citi-Financial, receiving the following two loan checks totaling $4,999.98 payable to "Jenny Hidano," cashing the following two checks at BOH, where pursuant to an agreement with Citi-Financial their checks could be cashed, and using an identification document with the defendant's picture bearing the name and social security number of the true Jenny Hidano:

| COUNT | DATE   | BANK | AMOUNT     | PAYOR          | PAYEE        |
|-------|--------|------|------------|----------------|--------------|
| 1     | 6/2/05 | BOH  | $1,999.98  | Citi-Financial | Jenny Hidano |
| 2     | 6/2/05 | BOH  | $3,000     | Citi-Financial | Jenny Hidano |

3

**CHECKS FOR DEPOSIT - FHB**

9. From a date unknown and continuing until on or about July 8, 2005, in the District of Hawaii, the defendant LESLIE A. KAKINAMI, a.k.a. "Jenny Hidano," "Sheila Lum," "Yong Chong Holden," "Donna Sallee," unlawfully and knowingly executed and attempted to execute a scheme and artifice to defraud First Hawaiian Bank, and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of the First Hawaiian Bank by means of material false and fraudulent pretenses, representations, and promises, as set forth in paragraphs 1-6 of this Indictment, by presenting for deposit the following checks after forging and altering the payee on a personal check to reflect Sheila Lum, an actual person, with a valid account at First Hawaiian Bank:

| COUNT | DATE | CHECK # | AMOUNT | BANK | PAYEE |
|---|---|---|---|---|---|
| Checks Deposited into FHB Account # 49-608519: | | | | | |
| 3 | 7/6/05 | 1240 | $3,840 | Smith Barney | Sheila L.C. Lum |
| 4 | 7/8/05 | 4325 | $2,800 | MBNA America | Sheila Lum |
| 5 | 7/8/05 | 1397 | $7,000 | USAA Federal Savings Bank | Sheila Lum |

**WITHDRAWALS AND ATTEMPTED WITHDRAWALS - FHB**

10. From a date unknown and continuing until on or about July 8, 2005, in the District of Hawaii, the defendant LESLIE A. KAKINAMI, a.k.a. "Jenny Hidano," "Sheila Lum," "Yong

Chong Holden," "Donna Sallee," unlawfully and knowingly executed and attempted to execute a scheme and artifice to defraud First Hawaiian Bank, and to obtain moneys, funds, credits, assets, securities, and other property owned by and under the custody and control of the First Hawaiian Bank by means of material false and fraudulent pretenses, representations, and promises, as set forth in paragraphs 1-9 of this Indictment, by using an identification document with the defendant's picture bearing Sheila Lum's name and true social security number, the defendant then made, or attempted to make, the following withdrawals from Sheila Lum's valid FHB account:

| COUNT | DATE | AMOUNT | BANK | PAYEE |
|---|---|---|---|---|
| Withdrawals, or attempted withdrawals, FHB Account # 49-608519: | | | | |
| 6 | 7/6/05 | $2,000 | Smith Barney | Sheila L.C. Lum |
| 7 | 7/8/05 | $6,000 | MBNA America | Sheila Lum |

All in violation of Title 18, United States Code, Section 1344 and 1349.

## COUNT 8
(aggravated identity theft)

The Grand Jury further charges that:

From a date unknown and continuing thereafter until on or about June 2, 2005, in the District of Hawaii, the defendant LESLIE A. KAKINAMI, a.k.a. "Jenny Hidano," "Sheila Lum," "Yong Chong Holden," "Donna Sallee," did knowingly use, in and affecting interstate commerce, without lawful authority, one or more means of identification of another person, to wit: the name and social security number of Jenny Hidano, an actual person, during and in relation to a felony as set out in Title 18, United States Code, Section 1028A(c)(5), to wit: bank fraud, as charged in Counts 1 and 2 respectively.

All in violation of Title 18, United States Code, Sections 1028A(a)(1).

## COUNT 9
(aggravated identity theft)

The Grand Jury further charges that:

From a date unknown and continuing thereafter until on or about July 8, 2005, in the District of Hawaii, the defendant LESLIE A. KAKINAMI, a.k.a. "Jenny Hidano," "Sheila Lum," "Yong Chong Holden," "Donna Sallee," did knowingly use, in and affecting interstate commerce, without lawful authority, one or more means of identification of another person, to wit: the names and social security number of Sheila Lum, an actual person,

during and in relation to a felony as set out in Title 18, United States Code, Section 1028A(c)(5), to wit: bank fraud, as charged in Counts 3-7 respectively.

All in violation of Title 18, United States Code, Sections 1028A(a)(1).

DATED: September 14, 2005, at Honolulu, Hawaii.

A TRUE BILL

/S/

_____
FOREPERSON, Grand Jury

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

_____
RONALD G. JOHNSON
Chief, Major Crimes Section

_____
WES REBER PORTER
Assistant U.S. Attorney

7