AO 83 (Rev. 12/85) Summons in a Criminal Case

# UNITED STATES DISTRICT COURT

———————————————— District of Hawaii ————————————————

UNITED STATES OF AMERICA

V.

LESLIE A. KAKINAMI
aka "Jenny Hidano", "Sheila Lum", "Yong Chong Holden" &
"Donna Sallee"
  (Name and Address of Defendant)

SUMMONS IN A CRIMINAL CASE

Case Number: CR 05-00373DAE

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | COURTROOM 6 |
| | Date and Time |
| Before: Kevin S. C. Chang, United States Magistrate Judge | 10/06/2005 @ 10:00 a.m. |

To Answer a(n) Indictment

Charging you with a violation of Title 18 United States Code, Section(s) 1028A , 1344 & 1349.

Brief description of offense:
Title 18 U.S.C. § 1344 AND 1349 - Bank Fraud - Counts 1 thru 7.
Title 18 U.S.C. § 1028(a)(1) - Identification Fraud - Counts 8 & 9.

Sue Beitia
—————————————————————
Name and Title of Issuing Officer

SEAL

—————————————————————
Signature of Issuing Officer/Deputy Clerk

September 14, 2005
—————————————————————
Date



AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 05-00373DAE

LESLIE A. KAKINAMI

---

### RETURN OF SERVICE

Service as made by me on:[1]                               Date

---

Check one box below to indicate appropriate method of service

---

☐     Served personally upon the defendant at: _____

_____

☐     Left summons at the defendant's dwelling house or usual place of abode with a person of
       suitable age and discretion then residing therein and mailed a copy of the summons to the
       defendant's last known address
       Name of person with whom the summons was left:_____

_____
_____
_____

---

I declare under penalty of perjury under the laws of the United States of America that the
foregoing information contained in the return of Service is true and correct.

Returned on _____        _____Mark M . Hanohano_____
                        Date                              Name of United States Marshal

                                                    _____
                                                    (by) Deputy United States Marshal

Remarks:

---

[1]As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure