ORIGINAL

EDWARD H. KUBO, JR.          #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON            #4532
Chief, Major Crimes Section

WES REBER PORTER             #7692
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:     (808) 541-2850
Facsimile:     (808) 541-2958
E-mail:        wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

LODGED SEP 1 5 2005 CLERK, U.S. DISTRICT COURT DISTRICT OF HAWAII

FILED IN THE UNITED STATES DISTRICT COURT DISTRICT OF HAWAII SEP 1 9 2005 at 9 o'clock and 43 min A M SUE BEITIA, CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00373 DAE |
| | ) | |
| Plaintiff, | ) | APPLICATION AND ORDER FOR WRIT |
| | ) | OF HABEAS CORPUS AD |
| vs. | ) | PROSEQUENDUM |
| | ) | |
| LESLIE A. KAKINAMI, | ) | |
| a.k.a  "Jenny Hidano" | ) | |
| "Sheila Lum" | ) | |
| "Yong Chong Holden" | ) | |
| "Donna Sallee" | ) | |
| | ) | |
| Defendant. | ) | |

APPLICATION AND ORDER FOR
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

COMES NOW the UNITED STATES OF AMERICA, by the United States Attorney, and represents and shows:

That there is now detained in the Oahu Community Correctional Center, 2199 Kamehameha Highway, Honolulu, Hawaii 96819, in the custody of the Warden, the defendant in the above-

captioned case, LESLIE A. KAKINAMI, which case will be called for an Initial Appearance, Arraignment and Plea on the 6th day of October, 2005, at the hour of 10:00 a.m., and that it is necessary to have said defendant present in the courtroom of the Honorable Barry M. Kurren, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii; in order to secure the presence of defendant it is necessary that a Writ of Habeas Corpus Ad Prosequendum be issued commanding said Warden to produce said prisoner to the United States Marshal in order to procure her presence in said courtroom on said date, and at such other dates as may be necessary until termination of the criminal charges now pending against the defendant.

WHEREFORE, your petitioner prays for an order directing the issuance of a Writ of Habeas Corpus Ad Prosequendum out of and under the seal of this Court, directed to said Warden commanding him to have and produce the above-named defendant to the United States Marshal, in order to procure the prisoner's presence before the Honorable Barry M. Kurren, in said courtroom, on said date and time, and from day to day thereafter as may be necessary; the United States Marshal shall retain custody of the prisoner and at the termination of the proceedings

//
//
//

involving said prisoner return her to the Oahu Community Correctional Center, 2199 Kamehameha Highway, Honolulu, Hawaii 96819.

DATED: September 15, 2005, at Honolulu, Hawaii.

EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

By_____
WES REBER PORTER
Assistant U.S. Attorney

O R D E R

Upon reading and filing the foregoing Application in that behalf;

IT IS HEREBY ORDERED that a Writ of Habeas Corpus Ad Prosequendum issued as prayed for herein;

DATED: September 16, 2005, at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE

United States v. LESLIE A. KAKINAMI
CR. NO. 05-00373 DAE
"Application and Order for Writ of
    Habeas Corpus Ad Prosequendum"