EDWARD H. KUBO, JR.
United States Attorney
District of Hawaii

RONALD G. JOHNSON
Chief, Major Crimes Section

WES REBER PORTER          #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone:      (808) 541-2850
Facsimile:      (808) 541-2958
E-mail:         wes.porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00373 DAE |
| | ) | |
| Plaintiff, | ) | WRIT OF HABEAS CORPUS AD |
| | ) | PROSEQUENDUM |
| vs. | ) | |
| | ) | |
| LESLIE A. KAKINAMI, | ) | |
| a.k.a  "Jenny Hidano" | ) | |
| "Sheila Lum" | ) | |
| "Yong Chong Holden" | ) | |
| "Donna Sallee" | ) | |
| | ) | |
| Defendant. | ) | |

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: The Warden, Oahu Community Correctional Center, 2199 Kamehameha Highway, Honolulu, Hawaii, 96819; and to the United States Marshal for the District of Hawaii, or his assistant.

### G R E E T I N G S

We command that you, the Warden, Oahu Community Correctional Center, produce the body of LESLIE A. KAKINAMI, now

in your custody to the United States Marshal, District of Hawaii, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, and further that the United States Marshal upon taking custody of said defendant produce said defendant before the Honorable Barry M. Kurren, United States Magistrate, United States Courthouse, 300 Ala Moana Boulevard, Honolulu, Hawaii, on the 6th day of October, 2005, at the hour of 10:00 a.m. for the Initial Appearance, Arraignment and Plea of said defendant, and also at such other times as may be ordered by this Court, and have you then and there this Writ.

Custody of said LESLIE A. KAKINAMI shall remain with the United States Marshal. The delivery of the body of said LESLIE A. KAKINAMI by the United States Marshal to the courtroom of the Honorable Barry M. Kurren until termination of the criminal charges now pending against defendant and the return by the United States Marshal of said LESLIE A. KAKINAMI to the custody of the Oahu Community Correctional Center shall be deemed sufficient compliance with this Writ.

//
//
//
//
//
//

  WITNESS the Magistrate of the United States District Court for the District of Hawaii.

  DATED: _____SEP 1 9 2005_____, at Honolulu, Hawaii.

        SUE BEITIA, Clerk
        United States District Court
        for the District of Hawaii

        _____
        DEPUTY CLERK

United States v. LESLIE A. KAKINAMI
CR. NO. 05-00373 DAE
"Writ of Habeas Corpus Ad Prosequendum"