ORIGINAL

EDWARD H. KUBO, JR.   #2499
United States Attorney
District of Hawaii

WES REBER PORTER    #7698
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  541-2850
Facsimile:  541-2958
E-mail:  wes.porter@usdoj.gov

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 0 6 2005

at 9 o'clock and 8 min. __M
SUE BEITIA, CLERK

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,         )<br>                                  )<br>          Plaintiff,              )<br>                                  )<br>     vs.                          )<br>                                  )<br> LESLIE A. KAKINAMI               )<br>   a.k.a.  "Jenny Hidano"         )<br>           "Sheila Lum"           )<br>           "Yong Chong Holden"    )<br>           "Donna Sallee"         )<br>                                  )<br>          Defendant.              )<br> _____) | CR. NO. 05-00373 DAE<br><br>MOTION TO DETAIN DEFENDANT<br>WITHOUT BAIL |

<u>MOTION TO DETAIN DEFENDANT WITHOUT BAIL</u>

The United States hereby moves to detain defendant without bail, pursuant to 18 U.S.C. Section 3142.

    1.   <u>Eligibility of Case</u>.  This defendant is eligible for detention because the case involves (check all that apply):

        \_\_\_\_\_  a.   Offense committed on release pending felony trial (3142(d)(1)(A)(i))*

        \_\_\_\_\_  b.   Offense committed on release pending imposition, execution, or appeal of sentence, conviction or completion of sentence (3142(d)(1)(A)(ii))*

      ☒ c.   Offense committed while on probation or parole (3142(d)(1)(A)(iii))*

      ___ d.   A citizen of a foreign country or unlawfully admitted person (3142(d)(1)(B))*

      ___ e.   Crime of violence (3142(f)(1)(A))

      ___ f.   Maximum sentence life imprisonment or death (3142(f)(1)(B))

      ___ g.   10+ year drug offense (3142(f)(1)(C))

      ___ h.   Felony, with two prior convictions in above categories (3142(f)(1)(D))

      ☒ i.   Serious risk defendant will flee (3142(f)(2)(A))

      ___ j.   Danger to other person or community **

      ___ k.   Serious risk obstruction of justice (3142(f)(2)(B))

      ___ l.   Serious risk threat, injury, intimidation of prospective witness or juror (3142(f)(2)(B))

\* requires "i" or "j" additionally

\*\* requires "a", "b", "c", or "d" additionally

2. <u>Reason for Detention</u>. The court should detain defendant (check all that apply):

      ☒ a.   Because there is no condition or combination of conditions of release which will reasonably assure defendant's appearance as required (3142(e))

      ___ b.   Because there is no condition or combination of conditions of release which will reasonably assure the safety of any other person and the community (3142(e))

      ___ c.   Pending notification of appropriate court or official (not more than 10 working days (3142(d))

2

3. <u>Rebuttable Presumption</u>. The United States (will/will not) invoke the rebuttable presumption against defendant under Section 3142(e). If invoked, the presumption applies because (check all that apply):

    \_\_\_ a. Probable cause to believe defendant committed 10+ year drug offense

    \_\_\_ b. Probable cause to believe defendant committed an offense under 18 U.S.C. § 924(c)

    \_\_\_ c. Previous conviction for eligible offense committed while on pretrial bond

4. <u>Time for Detention Hearing</u>. The United States requests that the court conduct the detention hearing:

    \_\_\_ a. At first appearance

    _X_ b. After continuance of _3_ days (not more than 3)

5. <u>Rule 40 Cases</u>. The United States requests that the detention hearing be held:

    \_\_\_ a. In the District of Hawaii

    \_\_\_ b. In the District where charges were filed

6. <u>Other Matters</u>. Defendant was brought into federal custody on a Writ of Habeas Corpus Ad Prosequendum.

DATED: October _6_, 2005, at Honolulu, Hawaii.

                            EDWARD H. KUBO, JR.
                            United States Attorney
                            District of Hawaii

               By _____
                   WES REBER PORTER
                   Assistant U.S. Attorney