# MINUTES

```
                                          FILED IN THE
                                    UNITED STATES DISTRICT COURT
                                        DISTRICT OF HAWAII
                                        10/06/2005 4:30 PM
                                        SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 05-00373DAE

**CASE NAME:** USA vs. Leslie A. Kakinami, aka "Jenny Hidano," "Shelia Lum," "Yong Chong Holden," "Donna Sallee"

**ATTYS FOR PLA:** Wes Reber Porter

**ATTYS FOR DEF:** Donna M. Gray

**INTERPRETER:**

**JUDGE:** JUDGE BARRY M. KURREN    **REPORTER:** C6 CD

**DATE:** 10/06/2005    **TIME:** 10:20 - 10:22

**ROOM:** COURTROOM 6

**COURT ACTION:** EP

Initial Appearance and A & P to the Indictment - deft present in custody. Deft sworn to Financial Affidavit. Oral M/Court Appt Atty GRANTED. Arrn waived. Plea of NOT GUILTY entered.

Dates given:
JS/JT 12-6-05 @ 9 a.m., DAE
FPT 11-7-05 @ 10 a.m., LEK
Motions due 10-27-05
Response due 11-10-05
Detention Hearing 10-12-05 @ 10:30 a.m., BMK

Deft remanded to custody of marshal.


Submitted by: Richlyn Young, Courtroom Manager

*Created: 10/06/2005 04:11:34 PM*    Document: 58294447