# MINUTES

```
                              FILED IN THE
                         UNITED STATES DISTRICT COURT
                            DISTRICT OF HAWAII
                         10/12/2005 4:30 PM
                         SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 05-00373DAE

**CASE NAME:** USA vs. Leslie A. Kakinami, aka "Jenny Hidano," "Shelia Lum," "Yong Chong Holden," "Donna Sallee"

**ATTYS FOR PLA:** Wes Reber Porter

**ATTYS FOR DEF:** Pamela Byrne

**INTERPRETER:**

**JUDGE:** JUDGE BARRY M. KURREN
**REPORTER:** C6 CD

**DATE:** 10/12/2005
**TIME:** 10:34 - 10:35

**ROOM:** COURTROOM 6

**COURT ACTION:** EP

Detention Hearing - deft present in custody.
Motion to Detain GRANTED.
Porter to prepare order.
Deft remanded to custody of marshal.

Submitted by: Richlyn Young, Courtroom Manager