AO 70 (8/85) Order of Temporary Detention

# United States District Court
## District of Hawaii

United States of America

v.

LESLIE A. KAKINAMI
a.k.a   "Jenny Hidano"
        "Sheila Lum"
        "Yong Chong Holden"
        "Donna Sallee"

ORDER OF TEMPORARY DETENTION
PENDING HEARING PURSUANT TO
BAIL REFORM ACT

Case No: CR 05-00373 DAE

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 13 2005

at __1__ o'clock and __40__ min __P__ M
SUE BEITIA, CLERK

Upon motion of the _____govt_____, it is ORDERED that a detention hearing is set for __10-12-05__ * at __10:30__
                                                                                                Date              Time

before Barry M. Kurren, United States Magistrate Judge at Honolulu, Hawaii. Pending this hearing, the defendant shall be held in custody by the United States Marshal and produced for the hearing.

Date: October 6, 2005

_____
Judicial Officer

---

*If not held immediately upon defendant's first appearance, the hearing may be continued for up to three days upon motion of the government, or up to five days upon motion of the defendant. 18 U.S.C. §3142(f)(2).
    A hearing is required whenever the conditions set forth in 18 U.S.C. §3142(f) are present. Subsection (1) sets forth the grounds that may be asserted only by the attorney for the Government; subsection (2) states that a hearing is mandated upon the motion of the attorney for the Government or upon the judicial officer's own motion if there is a serious risk that the defendant (a) will flee or (b) will obstruct or attempt to obstruct justice, or threaten, injure, or intimidate, or attempt to threaten, injure, or intimidate a prospective witness or juror.

