AO 83 (Rev. 12/85) Summons in a Criminal Case

CR 05-00373DAE
LESLIE A. KAKINAMI

# RETURN OF SERVICE

Service as made by me on:[1]   Date  10/6/05

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant at: USMS D/HI Cellblock

☐ Left summons at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein and mailed a copy of the summons to the defendant's last known address
Name of person with whom the summons was left: _____

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the return of Service is true and correct.

Returned on _____                _____Mark M. Hanohano_____
                Date                         Name of United States Marshal

                                          _____[signature]_____
                                          (by) Deputy United States Marshal

Remarks:

[1] As to who may serve a summons see Rule 4 of the Federal Rules of Criminal Procedure

ORIGINAL

AO 83 (Rev. 12/85) Summons in a Criminal Case

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 17 2005

at 8 o'clock and 20 min A M
SUE BEITIA, CLERK

# UNITED STATES DISTRICT COURT
## District of Hawaii

| UNITED STATES OF AMERICA | SUMMONS IN A CRIMINAL CASE |
|---|---|
| V. | Case Number: CR 05-00373DAE |

LESLIE A. KAKINAMI
aka "Jenny Hidano", "Sheila Lum", "Yong Chong Holden" & "Donna Sallee"
(Name and Address of Defendant)

James: Serve in cell

YOU ARE HEREBY SUMMONED to appear before the United States District Court at the place, date and time set forth below.

| Place | Room |
|---|---|
| United States District Court<br>300 Ala Moana Blvd<br>Honolulu, HI 96850<br>Ph. (808) 541-1300 (Honolulu Number) | COURTROOM 6 |
| | Date and Time |
| Before: Kevin S. C. Chang, United States Magistrate Judge | 10/06/2005 @ 10:00 a.m. |

To Answer a(n) Indictment

Charging you with a violation of Title 18 United States Code, Section(s) 1028A, 1344 & 1349.

Brief description of offense:
Title 18 U.S.C. § 1344 AND 1349 - Bank Fraud - Counts 1 thru 7.
Title 18 U.S.C. § 1028(a)(1) - Identification Fraud - Counts 8 & 9.

_____
Sue Beitia
Name and Title of Issuing Officer

_____
Signature of Issuing Officer/Deputy Clerk

September 14, 2005
Date