

**Warren Nakamura/HID/09/USCOURTS**
11/10/2005 11:27 AM

To HIDml_CR Notice Group
cc
bcc
Subject RE: CR NO. 05-00373DAE USA vs. LESLIE A. KAKINAMI

RE: CR NO. 05-00373DAE USA vs. LESLIE A. KAKINAMI

Final Pretrial Conference set for 10:00 11/14/05 is continued to **10:30 11/15/05, LEK**

AUSA, Wes Reber Porter
AFPD, Pamela J. Byrne

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 0 2005

at 11 o'clock and 30 min. ___M
SUE BEITIA, CLERK
```