

**Warren Nakamura/HID/09/USCOURTS**

11/10/2005 02:13 PM

To    HIDml_CR Notice Group

cc

bcc

Subject    RE: CR NO. 05-00373DAE USA vs. LESLIE A. KAKINAMI

RE: CR NO. 05-00373DAE USA vs. LESLIE A. KAKINAMI

Final Pretrial Conference set for 10:30 11/15/05 is continued to 10:00 11/21/05, LEK

AUSA, Wes Reber Porter
AFPD, Pamela J. Byrne

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

NOV 1 0 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

12