# MINUTES

```
FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

11/11/2005 4:30 PM
SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 05-00373DAE

**CASE NAME:** USA vs. Leslie A. Kakinami, aka "Jenny Hidano," "Shelia Lum," "Yong Chong Holden," "Donna Sallee"

**ATTYS FOR PLA:** Wes Reber Porter

**ATTYS FOR DEF:** Pamela J. Byrne

**INTERPRETER:**

**JUDGE:** JUDGE DAVID ALAN EZRA

**REPORTER:**

**DATE:** 11/11/2005

**TIME:**

**ROOM:**

**COURT ACTION:** EO

Jury Selection/Trial to Follow continued from 12/06/2005 09:00:00 AM to 01/24/2006 09:00:00 AM before DAE

Final Pretrial Conference continued from 11/21/2005 10:00:00 AM to 12/27/2005 10:00:00 AM, Judge presiding changed from LEK to KSC, from COURTROOM 7 to COURTROOM 5 before KSC

Time to be excluded from 12/6/2005 to 1/23/2005.

Stip to be prepared by Mr. Porter.

Submitted by: Theresa Lam, Courtroom Manager

*Created: 11/11/2005 11:39:45 AM*                              Document: 41985031