ORIGINAL

EDWARD H. KUBO, JR.      #2499
United States Attorney
District of Hawaii

RONALD G. JOHNSON        #4532
Chief, Major Crimes Section

WES REBER PORTER         #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Wes.Porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

LODGED    NOV 1 8 2005
          at ___ o'clock and ___ min. ___ M
NOV 1 8 2005    SUE BEITIA, CLERK

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00373 DAE |
| | ) | |
| Plaintiff, | ) | STIPULATION AND ORDER |
| | ) | CONTINUING TRIAL AND TO |
| vs. | ) | EXCLUDE TIME |
| | ) | |
| LESLIE A. KAKINAMI | ) | |
| a.k.a.  "Jenny Hidano" | ) | New Trial Date: Jan. 24, 2006 |
| "Sheila Lum" | ) | |
| "Yong Chong Holden" | ) | |
| "Donna Sallee" | ) | |
| | ) | |
| Defendant. | ) | |

STIPULATION AND ORDER CONTINUING TRIAL
AND TO EXCLUDE TIME

IT IS HEREBY STIPULATED by and between the parties herein that the jury trial presently scheduled for December 6, 2005, be continued to January 24, 2006, at 9:00 a.m., before District Court Judge David A. Ezra. The final pretrial conference will be held on December 27, 2005, at 10:00 a.m.,

before Magistrate Kevin S. Chang.  Defense motions are due on November 28, 2005 and the Government's responses are due on December 12, 2005.

IT IS FURTHER STIPULATED that the time period beginning and including December 6, 2005, to and including January 24, 2006, be excluded from the computations required by the Speedy Trial Act, 18 U.S.C. § 3161(h)(8)(B)(iv) on the grounds that the ends of justice served by granting this continuance outweigh the best interest of the public and Defendant in a speedy trial.  The Court bases this finding on the fact that Defendant's counsel needs additional time to adequately prepare for trial and that failure to grant the continuance would unreasonably deny the Defendant continuity of counsel and would further deny the

//
//
//
//
//
//
//
//
//
//
//

Defendant the reasonable time necessary for effective preparation, taking into account due diligence.

    IT IS SO STIPULATED:

DATED: November 18, 2005, at Honolulu, Hawaii.

                            EDWARD H. KUBO, JR.
                            United States Attorney
                            District of Hawaii

By _____
    WES REBER PORTER
    Assistant U.S. Attorney

By _____
    PAMELA BYRNE
    Attorney for Defendant
    LESLIE A. KAKINAMI


    IT IS APPROVED AND SO ORDERED:

DATED: 18 NOV 2005, 2005, at Honolulu, Hawaii.

_____
DAVID A. EZRA
United States District Judge
District of Hawaii


United States v. LESLIE A. KAKINAMI
CR. NO. 05-00373 DAE
"Stipulation and Order Continuing
    Trial and To Exclude Time"