PETER B. CARLISLE    2209
Prosecuting Attorney
J. ALBERTO MONTALBANO  7552
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph: 547-7459
FAX: 527-6546
Attorneys for State of Hawaii

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CR. NO. 05-00373-DAE |
| ) | |
| Plaintiff, ) | APPLICATION AND ORDER REGARDING |
| ) | TEMPORARY TRANSFER OF CUSTODY TO |
| v. ) | THE STATE OF HAWAII REGARDING |
| ) | WRIT OF HABEAS CORPUS AD |
| LESLIE ANN KAKINAMI, ) | PROSEQUENDUM; EXHIBITS "A AND |
| ) | B"; AND ORDER |
| Defendant. ) | |
| ) | |

APPLICATION AND ORDER
REGARDING TEMPORARY TRANSFER OF CUSTODY TO THE
STATE OF HAWAII REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM

J. ALBERTO MONTALBANO, Deputy Prosecuting Attorney for the City and County of Honolulu, State of Hawaii, hereby moves the Honorable Court for an Order authorizing the temporary transfer of the physical custody of LESLIE ANN KAKINAMI from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials at any time or times deemed necessary until the conclusion of State of Hawaii v. LESLIE ANN KAKINAMI, Criminal Nos. 02-1-0580, 02-1-1438, 02-1-2375, 02-1-2376, 03-1-0642, 03-1-0643, 03-1-0644, 05-1-1615, 05-1-1736.

Defendant LESLIE ANN KAKINAMI is now detained in the custody of the United States Marshal Service, District of Hawaii, pending jury trial.

Defendant LESLIE ANN KAKINAMI has a change of plea and resentencing before the Honorable Michael A. Town, Judge of the Circuit Court of the First Circuit, State of Hawaii, currently scheduled for January 18, 2006; 8:30 a.m.

The State of Hawaii has received approval for a temporary transfer of custody from the Assistant United States Attorney assigned to the above matter (see, Exhibit "A").

This Application requests that the Court grant a temporary transfer of the physical custody of LESLIE ANN KAKINAMI from the United States Marshal Service, District of Hawaii, to State of Hawaii Officials, based on the State of Hawaii's Writ of Habeas Corpus ad Prosequendum filed on December 13, 2005, in the Circuit Court of the First Circuit, State of Hawaii (see, Exhibit "B").

Upon conclusion of State of Hawaii v. LESLIE ANN KAKINAMI, Criminal Nos. 02-1-0580, 02-1-1438, 02-1-2375, 02-1-2376, 03-1-0642, 03-1-0643, 03-1-0644, 05-1-1615, and 05-1-1736, Defendant LESLIE ANN KAKINAMI will be returned to the United States Marshal Service, District of Hawaii.

Dated: December 14, 2005, at Honolulu, Hawaii.

By PETER B. CARLISLE
Prosecuting Attorney

By _____
J. ALBERTO MONTALBANO
Deputy Prosecuting Attorney
City and County of Honolulu