DEPARTMENT OF PROSECUTING ATTORNEY
# CITY AND COUNTY OF HONOLULU
ALII PLACE
1060 RICHARDS STREET • HONOLULU, HAWAII 96813
TELEPHONE: (808) 547-7400 • FAX: (808) 547-7515 • INTERNET: www.co.honolulu.hi.us



PETER B. CARLISLE
PROSECUTING ATTORNEY

IWALANI D. WHITE
FIRST DEPUTY PROSECUTING ATTORNEY

October 18, 2005

Wes Porter,
  Assistant United States Attorney
Prince Kuhio Federal Building
300 Ala Moana Boulevard
Ewa Wing, 6th Floor
Honolulu HI 96813

    Re: State of Hawaii v. Leslie Ann Kakinami
        Criminal Nos. 02-1-2375, 02-1-0580, 02-1-1438,
        02-1-2376, 03-1-0642, 03-1-0643,
        03-1-0644, 05-1-1615, 05-1-1718, and 05-1-1736

Dear Mr. Porter:

    I understand the above-named individual is currently in the custody of the federal government. The State of Hawaii has ten (10) cases involving the same individual and would like your approval to take custody of this person for one day on January 18, 2006. The State of Hawaii will later make arrangements with you for the Defendant's future State court appearances.

    Please sign below if you agree to this request and FAX a copy of this letter to me, FAX no. **547-7513**. Our office will then file a Writ of Habeas Corpus ad Prosequendum and an Order Granting the Temporary Transfer of Custody.

    If you have any questions, please call me at 547-7467. Thank you for your cooperation in this matter.

Very truly yours,

*Darcie C S Ho*
Darcie C. S. Ho
Paralegal

APPROVED:

*[signature]*

Wes Porter
Assistant United States Attorney

OPTIONAL FORM 99 (7-90)

**FAX TRANSMITTAL**   # of pages ▶ 1

| To | From |
|---|---|
| Darcie Ho | Wes Porter |
| Dept./Agency | Phone # |
| Fax # 547-7513 | Fax # |

NSN 7540-01-317-7368   5099-101   GENERAL SERVICES ADMINISTRATION

EXHIBIT "A"