PETER B. CARLISLE   2209
Prosecuting Attorney
J. ALBERTO MONTALBANO   7552
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii  96813
Ph:  547-7459
FAX:  527-6546
Attorneys for State of Hawaii

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED

2005 DEC 13 AM 10: 04

H. CHING
CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| | |
|---|---|
| IN THE MATTER OF THE APPLICATION OF THE STATE OF HAWAII FOR A WRIT OF HABEAS CORPUS AD PROSEQUENDUM RE LESLIE ANN KAKINAMI,<br><br>Defendant. | S. P. NO. 05-1-0488<br>(Cr. Nos. 02-1-0580, 02-1-1438, 02-1-2375, 02-1-2376, 03-1-0642, 03-1-0643, 03-1-0644, 05-1-1615, and 05-1-1736)<br><br>APPLICATION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM; ORDER DIRECTING ISSUANCE OF WRIT OF HABEAS CORPUS AD PROSEQUENDUM; WRIT OF HABEAS CORPUS AD PROSEQUENDUM |

APPLICATION FOR WRIT OF
HABEAS CORPUS AD PROSEQUENDUM

TO THE HONORABLE MICHAEL A. TOWN, JUDGE OF THE ABOVE ENTITLED COURT:

Comes now the STATE OF HAWAII, by J. ALBERTO MONTALBANO, Deputy Prosecuting Attorney of the City and County of Honolulu, State of Hawaii, and respectfully alleges as follows:

1. That LESLIE ANN KAKINAMI has several cases in the Circuit Court of the First Circuit, Honolulu, Hawaii, Criminal Nos. 02-1-0580, 02-1-1438, 02-1-2375, 02-1-2376, 03-1-0642, 03-1-0643, 03-1-0644, 05-1-1615, and 05-1-1736;

2. That resentencing in Criminal Nos. 02-1-0580, 02-1-1438, 02-1-2375, 02-1-2376, 03-1-0642, 03-1-0643, and 03-1-0644 and change

EXHIBIT "B"

of plea in Criminal Nos. 05-1-1615 and 05-1-1736 are scheduled for January 18, 2006, 8:30 a.m., before the Honorable MICHAEL A. TOWN;

3. That said Defendant is now imprisoned as a federal prisoner under the custody of the UNITED STATES MARSHAL, District of Hawaii, and is being detained at the Federal Detention Center, Honolulu, Hawaii; and

4. That in order to procure Defendant's presence in the Circuit Court of the First Circuit, it is necessary that a Writ of Habeas Corpus ad Prosequendum be issued, pursuant to Chapter 660, Hawaii Revised Statutes.

WHEREFORE, Applicant prays that the Clerk of this Court be directed to issue a Writ of Habeas Corpus ad Prosequendum commanding the:

UNITED STATES MARSHAL, District of Hawaii, or his deputy, to make available the body of LESLIE ANN KAKINAMI to State of Hawaii Officials on January 18, 2006, and at any time or times deemed necessary until the conclusion of Criminal Nos. 02-1-0580, 02-1-1438, 02-1-2375, 02-1-2376, 03-1-0642, 03-1-0643, 03-1-0644, 05-1-1615, and 05-1-1736,

STATE OF HAWAII OFFICIALS, upon taking custody of Defendant each time, to:

1. bring the said Defendant before the Honorable MICHAEL A. TOWN, Judge of the Circuit Court of the First Circuit, on January 18, 2006, at 8:30 a.m.;

2. return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, that same day;

3. bring the said Defendant before the Presiding Judge of the Circuit Court of the First Circuit at any time or times deemed necessary until the conclusion of Criminal Nos. 02-1-0580, 02-1-1438, 02-1-2375, 02-1-2376, 03-1-0642, 03-1-0643, 03-1-0644, 05-1-1615, and 05-1-1736; and thereafter

4. return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, each time.

Dated at Honolulu, Hawaii: December 6, 2005.

STATE OF HAWAII

By PETER B. CARLISLE
Prosecuting Attorney

By _____
J. ALBERTO MONTALBANO
Deputy Prosecuting Attorney
City and County of Honolulu


ORDER DIRECTING ISSUANCE OF
WRIT OF HABEAS CORPUS AD PROSEQUENDUM

GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED that the Clerk of this Court be and hereby is instructed to issue the Writ of Habeas Corpus ad Prosequendum prayed for in the foregoing Application.

Dated at Honolulu, Hawaii: DEC 1 3 2005

_____
MICHAEL A. TOWN
Judge of the above entitled court

WRIT OF HABEAS CORPUS AD PROSEQUENDUM

TO: UNITED STATES MARSHAL, District of Hawaii, or His Deputy; and
STATE OF HAWAII OFFICIALS

GREETINGS:

We command that you, UNITED STATES MARSHAL, District of Hawaii, or your Deputy, produce the body of LESLIE ANN KAKINAMI, who is being detained as a federal prisoner under your custody, to STATE OF HAWAII OFFICIALS on January 18, 2006, and at any time or times deemed necessary until the conclusion of Criminal Nos. 02-1-0580, 02-1-1438, 02-1-2375, 02-1-2376, 03-1-0642, 03-1-0643, 03-1-0644, 05-1-1615, and 05-1-1736; and

STATE OF HAWAII OFFICIALS, upon taking custody of said Defendant to:

1. bring the said Defendant before the Honorable MICHAEL A. TOWN, Judge of the Circuit Court of the First Circuit, on January 18, 2006, at 8:30 a.m.;

2. return the said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, that same day;

3. bring the said Defendant before the Presiding Judge of the Circuit Court of the First Circuit at any time or times deemed necessary until the conclusion of Criminal Nos. 02-1-0580, 02-1-1438, 02-1-2375, 02-1-2376, 03-1-0642, 03-1-0643, 03-1-0644, 05-1-1615, and 05-1-1736; and thereafter

4. return of said Defendant to the custody of the UNITED STATES MARSHAL, District of Hawaii, each time.

Upon completion of the above and conclusion of Criminal Nos. 02-1-0580, 02-1-1438, 02-1-2375, 02-1-2376, 03-1-0642, 03-1-0643,

03-1-0644, 05-1-1615, and 05-1-1736, it shall be deemed sufficient compliance with this writ.

WITNESS the Honorable MICHAEL A. TOWN, Judge of the Circuit Court of the First Circuit at Honolulu, Hawaii, and the seal of said Court this 12TH day of DECEMBER, 2005.

/s/ ALDEN KAU
Clerk, Circuit Court, First Circuit
State of Hawaii

Judge of the Circuit Court
First Circuit, State of Hawaii