ORDER GRANTING TEMPORARY TRANSFER
OF CUSTODY TO THE STATE OF HAWAII
<u>REGARDING WRIT OF HABEAS CORPUS AD PROSEQUENDUM</u>

Upon reading and filing of the foregoing Application for Temporary Custody to the State of Hawaii Regarding Writ of Habeas Corpus ad Prosequendum and good cause appearing therefore,

IT IS HEREBY ORDERED that the United States Marshal Service, District of Hawaii, temporarily transfer the physical custody of Defendant LESLIE ANN KAKINAMI to State of Hawaii Officials at any time or times deemed necessary until the conclusion of <u>State of Hawaii v. LESLIE ANN KAKINAMI</u>, Criminal Nos. 02-1-0580, 02-1-1438, 02-1-2375, 02-1-2376, 03-1-0642, 03-1-0643, 03-1-0644, 05-1-1615, and 05-1-1736. Upon the conclusion of the case, State of Hawaii Officials is to return the said Defendant back to the United States Marshal Service, District of Hawaii.

Dated: _____DEC 15 2005_____ at Honolulu, Hawaii.

_____
UNITED STATES MAGISTRATE JUDGE

<u>United States v. Leslie Ann Kakinami</u>
Cr. No. 05-00373-DAE
Application and Order Regarding
Temporary Transfer of Custody
to the State of Hawaii Regarding

Writ of Habeas Corpus ad Prosequendum

3