| | | |
|---|---|---|
| Shari Afuso/HID/09/USCOURTS<br>12/21/2005 04:19 PM | To | HIDml_CR Notice Group |
| | cc | Theresa Lam/HID/09/USCOURTS@USCOURTS |
| | bcc | |
| | Subject | CR05-373DAE, USA v. Leslie Kakinami |

CR05-373DAE, USA v. Leslie Kakinami

At defendant's request, Final Pretrial Conference set 12/27/05 before Judge Chang has been continued to 1/3/06 at 10:00am before Judge Kobayashi

AUSA: Wes Porter
AFPD: Pamela Byrne

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

DEC 21 2005

at ___ o'clock and ___ min. ___ M
SUE BEITIA, CLERK

