# MINUTES

```
                                        FILED IN THE
                                   UNITED STATES DISTRICT COURT
                                        DISTRICT OF HAWAII
                                       12/29/2005 4:30 PM
                                        SUE BEITIA, CLERK
```

**CASE NUMBER:** CR 05-00373DAE

**CASE NAME:** USA vs. Leslie A. Kakinami, aka "Jenny Hidano," "Shelia Lum," "Yong Chong Holden," "Donna Sallee"

**ATTYS FOR PLA:** Wes Reber Porter

**ATTYS FOR DEF:** Pamela J. Byrne

**INTERPRETER:**

**JUDGE:** JUDGE LESLIE E. KOBAYASHI

**REPORTER:**

**DATE:** 12/29/2005

**TIME:**

**ROOM:**

**COURT ACTION:** EO

Continued : [Final Pretrial Conference] from 01/03/2006 10:00:00 AM to 01/09/2006 10:00:00 AM before LEK

Submitted by: Theresa Lam, Courtroom Manager