IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAI'I

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR NO. 05–00373 DAE |
| | ) | |
| Plaintiff, | ) | REPORT AND RECOMMENDATION |
| vs. | ) | CONCERNING PLEA OF GUILTY |
| | ) | |
| LESLIE A. KAKINAMI, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

REPORT AND RECOMMENDATION
CONCERNING PLEA OF GUILTY

        The defendant, by consent, has appeared before me pursuant
to Rule 11, Fed.R.Crim.P., and has entered a plea of guilty to Counts
3 through 5 and Count 9 of the Indictment.  After examining the
defendant under oath, I determined that the defendant is fully
competent and capable of entering an informed plea, that the guilty
plea was intelligently, knowingly and voluntarily made, and that the
offense charged is supported by an independent basis in fact
establishing each of the essential elements of such offense.  I
further determined that the defendant intelligently, knowingly and
voluntarily waived the right to appeal or collaterally attack the
sentence except as provided in the plea agreement.  I therefore
recommend that the plea of guilty be accepted and that the defendant
be adjudged guilty and have sentence imposed accordingly.

        IT IS SO RECOMMENDED.

        DATED: Honolulu, Hawai'i, January 24, 2006.

GUILTY.R&R-PA



_Leslie E. Kobayashi_
Leslie E. Kobayashi
United States Magistrate Judge


## NOTICE

**Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge.  28 U.S.C. § 636(b)(1)(B).**

U.S.A. vs. LESLIE A. KAKINAMI; CR NO. 05-00373 DAE; REPORT AND
RECOMMENDATION CONCERNING PLEA OF GUILTY