```
EDWARD H. KUBO, JR.         #2499
United States Attorney
District of Hawaii

WES REBER PORTER            #7698
Assistant U.S. Attorney
Room 6-100, PJKK Federal Bldg.
300 Ala Moana Boulevard
Honolulu, Hawaii 96850
Telephone: (808) 541-2850
Facsimile: (808) 541-2958
E-mail:    Wes.Porter@usdoj.gov

Attorneys for Plaintiff
UNITED STATES OF AMERICA
```

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR. NO. 05-00373 DAE |
| | ) | |
| Plaintiff, | ) | GOVERNMENT'S NOTICE OF NON-OBJECTION; CERTIFICATE OF SERVICE |
| vs. | ) | |
| | ) | |
| LESLIE A. KAKINAMI | ) | |
| a.k.a. "Jenny Hidano" | ) | |
| "Sheila Lum" | ) | |
| "Yong Chong Holden" | ) | |
| "Donna Sallee" | ) | |
| | ) | |
| Defendant. | ) | |

**GOVERNMENT'S NOTICE OF NON-OBJECTION**

The UNITED STATES has no objections or other additions to the Proposed Presentence Report in the above-captioned matter.

DATED: June 19, 2006, at Honolulu, Hawaii.

```
                              EDWARD H. KUBO, JR.
                              United States Attorney
                              District of Hawaii

                              By   /s/ Wes Reber Porter
                                 WES REBER PORTER
                                 Assistant U.S. Attorney
```

CERTIFICATE OF SERVICE

I hereby certify that, on the dates and by the methods of service noted below, a true and correct copy of the foregoing was served on the following at their last known address:

Served Electronically through CM/ECF:

    PAMELA BYRNE                                pamela_byrne@fd.org
    Assistant Federal Public Defender

    Attorney for Defendant
    LESLIE A. KAKINAMI

Served by Hand-Delivery:

    **U.S. PROBATION OFFICE**
    Attn: Neil W. Tsukayama
    300 Ala Moana Boulevard, Room C-110
    Honolulu, Hawaii 96850

    DATED:  June 20, 2006, at Honolulu, Hawaii.


                                                    /s/ Cheri Abing