PETER C. WOLFF, JR.  #2332
Federal Public Defender
District of Hawaii

PAMELA J. BYRNE    # 1979
Assistant Federal Defender
300 Ala Moana Boulevard, Suite 7104
Honolulu, Hawaii   96850-5269
Telephone:  (808) 541-2521
Facsimile:   (808) 541-3545
E-Mail:       fpdhi@hotmail.com

Attorney for Defendant
LESLIE A. KAKINAMI

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) Cr. No. 05-00373 DAE-01 |
| | ) |
| Plaintiff, | ) RESPONSE TO DRAFT |
| | ) PRESENTENCE REPORT; |
| vs. | ) CERTIFICATE OF SERVICE |
| | ) |
| LESLIE A. KAKINAMI, | ) |
| | ) |
| Defendant. | ) |
| | ) |

## RESPONSE TO DRAFT PRESENTENCE REPORT

Defendant, Leslie A. Kakinami, by and through counsel, Pamela J. Byrne, Assistant Federal Defender, respectfully states she has no additions or corrections to make.

DATED:   Honolulu, Hawaii, June 27, 2006.

/s/Pamela J. Byrne
PAMELA J. BYRNE
Attorney for Defendant
LESLIE A. KAKINAMI

## CERTIFICATE OF SERVICE

CHRISTINA FULLER, hereby certifies that on the date and by the method of service noted below, a true and correct copy of the foregoing was served on the following at the last known address on June 28, 2006:

Served Electronically through CM/ECF:

WES REBER PORTER
Assistant United States Attorney
Attorney for Plaintiff
UNITED STATES OF AMERICA

/s/Christina Fuller
CHRISTINA FULLER
Legal Secretary to
PAMELA J. BYRNE
Attorney for Defendant
LESLIE A. KAKINAMI