# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

8/15/2006  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00373DAE |
| CASE NAME: | USA v. Leslie A. Kakinami, aka "Jenny Hidano," "Shelia Lum," "Yong Chong Holden," "Donna Sallee" |
| ATTYS FOR PLA: | Leslie Osborne |
| ATTYS FOR DEFT: | Pamela J. Byrne |
| USPO: | Neil Tsukayama |

| | | | |
|---|---|---|---|
| JUDGE: | David Alan Ezra | REPORTER: | Cynthia Fazio |
| DATE: | 8/15/2006 | TIME: | 1:30pm-2:10pm |

COURT ACTION:  EP: Sentencing to Counts 3, 4, 5, and 9 of the Indictment as to Defendant USA v. Leslie A. Kakinami, aka "Jenny Hidano," "Shelia Lum," "Yong Chong Holden," "Donna Sallee".

Defendant USA v. Leslie A. Kakinami, aka "Jenny Hidano," "Shelia Lum," "Yong Chong Holden," "Donna Sallee" present in custody.

The Memorandum Plea Agreement is accepted.

Presentence Report adopted.  Sentencing recommendations heard.  Allocution by Defendant USA v. Leslie A. Kakinami, aka "Jenny Hidano," "Shelia Lum," "Yong Chong Holden," "Donna Sallee".

A statement was made by victim Jenny Meyer.

SENTENCE:

Imprisonment:  45 months imprisonment as to each of Count 3, 4, and 5, to be served concurrently, and 24 months of imprisonment as to Count 9, to be served consecutively to the terms imposed for Counts 3, 4, and 5, for a total term of 69 months

Supervised Release:   5 YEARS, as to Counts 3, 4, and 5, 1 YEAR, as to Count 9, with all such terms to run concurrently

CONDITIONS:

1. Defendant shall abide by the standard conditions of supervision.

2. Defendant shall not commit any federal, state, or local crimes.

3. Defendant shall not possess illegal controlled substances.

4. Defendant shall cooperate in the collection of DNA as directed by the probation officer.

5. Defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter, but no more than 8 valid drug tests per month during the term of supervision

6. Defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

7. Defendant shall participate in and comply with a substance abuse program, which includes drug and alcohol testing, in a program approved by the Probation Office.  Defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

8. The restitution of $6,999.98 is due immediately in the following amounts: $2,000 to First Hawaiian Bank and $4,999.98 to Citi-Financial, and any remaining balance upon release from confinement be paid during the period of supervision on an installment basis according to the collection policy of the Probation Office but at a rate of not less than 10 percent of her monthly gross income.  Interest is waived while the defendant is serving his term of imprisonment and shall commence to accrue on any remaining balance upon his release on supervision.

9. Defendant shall execute all financial disclosure forms and provide the Probation Office and the Financial Litigation Unit of the U.S. Attorney's Office access to any requested financial information to include submitting to periodic debtor's examinations as directed by the Probation Office.

10. Defendant shall maintain a single checking account in the defendant's name.  The defendant shall deposit into this account all income, assets, monetary gains, or other pecuniary proceeds, and make use of this account for payment of all personal expenses.  This account, and all other bank accounts, must be disclosed to the U.S. Probation Office.

11. Defendant shall not possess, have access to, or handle, any other person's identifying information or forms of identification.  She shall also not be permitted to have access to, or handle, any other person's financial

       information, including but not limited to account information, credit/debit cards, or checks.

12. That the defendant shall submit her person, residence, place of employment, or vehicle to a search conducted by the U.S. Probation Office at a reasonable time and in a reasonable manner, based upon reasonable suspicion of contraband or evidence of a violation of a condition of release. The defendant shall also submit to periodic unannounced examinations of her computer and computer accessories as well as provide access to her internet service provider account records, as directed by the Probation Office. Failure to submit to a search may be grounds for revocation. The defendant shall warn any other resident that the premises may be subject to search pursuant to this condition.

Special Assessment: $400.00.

JUDICIAL RECOMMENDATIONS: Dublin, CA. Educational and Vocational training. In-Patient drug treatment.

Defendant advised of her right to appeal.

Government's Oral Motion to Dismiss all remaining counts as to this Defendant Only - GRANTED.

Defendant remanded to the custody of U.S. Marshals.

Submitted by: Theresa Lam, Courtroom Manager