CHRISTOPHER R. EVANS, 2463
2524 Oahu Avenue
Honolulu, Hawaii 96822
Telephone: (808) 988-5375

Attorney for Movant/Defendant

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

FEB 06 2007

at 10 o'clock and 12 min. __M
SUE BEITIA, CLERK

### IN THE UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>  )<br>      Plaintiff,  )<br>  )<br>vs.  )<br>  )<br>LESLIE A. KAKINAMI,  )<br>  )<br>      Movant/Defendant.  )<br>_____ ) | CR. NO. 05-00373 DAE<br><br>CERTIFICATE OF SERVICE |

### CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the Motion Under 28 U.S.C. § 2255 To Vacate, Set Aside, Or Correct Sentence By A Person In Federal Custody was hand-delivered to the following-named persons on February 2, 2007.

|  | By: | U.S.<br>Mail | Hand<br>Delivered |
|---|---|---|---|
| TO: OFFICE OF THE U.S. ATTORNEY<br>District of Hawaii<br>Room 6100, PJKK Federal Building<br>300 Ala Moana Blvd., Box 50183<br>Honolulu, Hawaii 96850<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA | | [ ] | [ X ] |

FEDERAL PUBLIC DEFENDER'S OFFICE     [ ]     [ X ]
Suite 7-104, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii 96813

DEPARTMENT OF THE ATTORNEY GENERAL     [ ]     [ X ]
State of Hawaii
Criminal Justice Division
425 Queen Street
Honolulu, Hawaii 96813

DATED: Honolulu, Hawaii, _____2-6_____, 2007.

_____
CHRISTOPHER R. EVANS, ESQ.
Attorney for Movant/Defendant