**ORIGINAL**

| STATE OF HAWAI`I<br>CIRCUIT COURT OF THE FIRST CIRCUIT | JUDGMENT<br>OF CONVICTION AND SENTENCE<br>NOTICE OF ENTRY | CASE NUMBER:<br>Cr. No. 05-1-1736 |
|---|---|---|
| STATE VS. (DEFENDANT)<br>**LESLIE KAKINAMI**<br><br>Soc. Sec. No.: 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; 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<br>SID: A-253571   DOB: 08/31/61 | DATE OF HEARING:<br>AUGUST 28, 2006 | REPORT NUMBER(S):<br>CT. 1: 05326827<br>CT. 2: 05326828<br>CT. 3: 05330239 |

Defense Counsel: C. Evans

| **DEFENDANT'S PLEA:**<br>GUILTY | CHANGE OF PLEA | |
|---|---|---|
| ORIGINAL CHARGE(S):<br>COUNT 1: FORGERY IN THE 2ND DEGREE<br>     (§708-0852, H.R.S.)<br>COUNT 2: THEFT IN THE 2ND DEGREE<br>     (§708-0831/1b, H.R.S.)<br>COUNT 3: IDENTITY THEFT IN THE 2ND DEGREE<br>     (§708-0839.7, H.R.S.) | CHARGE(S) TO WHICH DEFENDANT PLED GUILTY OR NO CONTEST:<br>COUNT 1: FORGERY IN THE 2ND DEGREE<br>     (§708-0852, H.R.S.)<br>COUNT 2: THEFT IN THE 2ND DEGREE<br>     (§708-0831/1b, H.R.S.)<br>COUNT 3: IDENTITY THEFT IN THE 2ND DEGREE<br>     (§708-0839.7, H.R.S.) | |
| DEFENDANT IS CONVICTED AND FOUND GUILTY OF:<br>COUNT 1: FORGERY IN THE 2ND DEGREE<br>     (§708-0852, H.R.S.)<br>COUNT 2: THEFT IN THE 2ND DEGREE<br>     (§708-0831/1b, H.R.S.)<br>COUNT 3: IDENTITY THEFT IN THE 2ND DEGREE<br>     (§708-0839.7, H.R.S.) | PHOTOGRAPH<br>(If Available) | FINGERPRINT<br>(If Available) |

| **FINAL JUDGMENT AND SENTENCE OF THE COURT:** | |
|---|---|
| MANDATORY MINIMUM:<br>AS TO CTS. 1 & 2: FIVE (5) YEARS<br>AS TO CT. 3: FIVE (5) YEARS NINE (9) MONTHS (REDUCED)<br><br>INCARCERATION:<br>FIVE (5) YEARS AS TO CTS. 1 & 2<br>TEN (10) YEARS AS TO CT. 3<br>SENTENCE TO BE SERVED CONCURRENTLY WITH EACH OTHER AND WITH RELATED CRIMINAL CASES 02-1-0580; 03-1-0644; 03-1-0643; 03-1-0642; 02-1-2376; 02-1-2375; 02-1-1438; 05-1-1718 AND 05-1-1615 AND WITH THE FEDERAL CASE PRESENTLY SERVING. CREDIT FOR TIME SERVED. | MITTIMUS TO ISSUE IMMEDIATELY<br><br>OTHER: Motion for Sentencing of Repeat Offender Granted. Motion for Extended Term of Imprisonment Denied.<br><br><br><br>Defendant shall provide specimen samples and print impressions as required by H.R.S. Chap. 844D |

| DATE<br>AUGUST 28, 2006 | JUDGE<br>MICHAEL A. TOWN<br><br>SIGNATURE /s/<br>NOTICE OF ENTRY | FIRST CIRCUIT COURT<br>STATE OF HAWAII<br>FILED<br>August 28, 2006<br>4:00 pm<br><br>/s/ Alden Kau<br>Clerk, 19th Division |
|---|---|---|
| THIS JUDGMENT HAS BEEN ENTERED AND COPIES MAILED OR DELIVERED TO ALL PARTIES. | | |
| DATE<br>AUGUST 28, 2006 | CLERK<br>ALDEN KAU   /s/ Alden Kau | |

[ ] ORIGINAL FILE  [ ] DPA  [ ] DEFENSE-C. Evans  [ ] PROBATION  [ ]POLICE  [ ] HCJDC  [ ] PUBLIC SAFETY  [ ] HPA  [ ] CASHIERS

rev. 02/17/2006      LANFORM009-JUDGMENT OF CONVICTION AND SENTENCE; NOTICE OF ENTRY

**EXHIBIT 1**

**PUBLIC SAFETY**

## CERTIFICATE OF PRESENTENCE DETENTION

Name of Defendant _Leslie Kakinami_  HI SID No. _A0253571_  Date of Sentence _8 28 06_

| Cr. No./Count | Police Report # | Length of Detention From | To | No. of Days Detained |
|---|---|---|---|---|
| 05-1-1615/Ct 1 | 0520 4134 | | | 0 |
| 2 | 0520 4140 | | | 0 |
| 3 | 0530 5647 | | | 0 |
| 05-1-1718/Ct 1 | 0529 5604 | | | 0 |
| 2 | 0533 0626 | | | 0 |
| 3 | 0529 5605 | | | 0 |
| 4 | 0533 1618 | | | 0 |
| 05-1-1736/Ct 1 | 0532 6827 | | | 0 |
| 2 | 0532 6828 | | | 0 |
| 3 | 0533 0239 | | | 0 |

I certify that this defendant was detained as indicated above by my Department/Agency as of the date of sentence.

___ Chief of Police, Honolulu Police Dept.
_✓_ Director, Dept. of Public Safety (State of HI)
___ Director, Dept. of Health (State of HI)
___ Other _____

By _____, Its authorized representative
         (Signature)

_Deputy Sheriff II_
         (Title)

_4-11-06_
         (Date)

**FOR APD USE ONLY**
REQUESTS SENT TO:
_✓_ HPD   _✓_ OCCC
___ HSH   _✓_ SHERIFF

REQUEST DATE _4-3-06_
DUE DATE _4-17-06_
PO _Jimmy Inada_
TELEPHONE _529-4520_

DOC 8717   AP-P-024 (10/02)

**HPD**

## CERTIFICATE OF PRESENTENCE DETENTION

Name of Defendant  Leslie Kakinami            HI SID No. A0253571   Date of Sentence  8-28-06

| Cr. No./Count | Police Report # | Length of Detention From | Length of Detention To | No. of Days Detained |
|---|---|---|---|---|
| 05-1-1615/Ct 1 | 05204139 | 7-26-05 | 7-28-05 |  |
| 2 | 05204140 | ↓ | ↓ |  |
| 3 | 05305647 | ↓ | ↓ |  |
| 05-1-1718/Ct 1 | 05295604 | 8-12-05 | 8-15-05 |  |
| 2 | 05330626 | ↓ | ↓ |  |
| 3 | 05295605 | ↓ | ↓ |  |
| 4 | 05331618 | ↓ | ↓ |  |
| 05-1-1736/Ct 1 | 05326827 | 8-12-05 | 8-15-05 |  |
| 2 | 05326828 | ↓ | ↓ |  |
| 3 | 05330239 | ↓ | ↓ |  |

I certify that this defendant was detained as indicated above by my Department/Agency as of the date of sentence.

✓  Chief of Police, Honolulu Police Dept.
___  Director, Dept. of Public Safety (State of HI)
___  Director, Dept. of Health (State of HI)
___  Other _____

By  J. Co_____ , Its authorized representative
        (Signature)

_____Sd/_____
        (Title)

_____4-9-06_____
        (Date)

**FOR APD USE ONLY**

REQUESTS SENT TO:
__ HPD   ✓ OCCC
__ HSH   ✓ SHERIFF

REQUEST DATE  4-3-06
DUE DATE  4-17-06
PO  Jimn Inda
TELEPHONE  529-4520

AA 4/3/06

DOC 8717  AP-P-024 (10/02)

## CERTIFICATE OF PRESENTENCE DETENTION

Name of Defendant _Leslie Kakinami_    HI SID No. _A0253571_    Date of Sentence _8 28 06_

| Cr. No./Count | Police Report # | Length of Detention From | To | No. of Days Detained |
|---|---|---|---|---|
| 05-1-1615/Ct 1 | 0570 4139 | | | 0 |
| 2 | 0570 4140 | | | 0 |
| 3 | 0530 5647 | | | 0 |
| 05-1-1718/Ct 1 | 0529 5604 | 8-15-05 | 10-6-05 | 53 |
| 2 | 0533 0626 | " | " | |
| 3 | 0529 5605 | " | " | |
| 4 | 0533 1618 | " | " | |
| 05-1-1736/Ct 1 | 0532 6827 | " | " | |
| 2 | 0532 6828 | " | " | |
| 3 | 0533 0239 | " | " | |

I certify that this defendant was detained as indicated above by my Department/Agency as of the date of sentence.

____ Chief of Police, Honolulu Police Dept.
✓ Director, Dept. of Public Safety (State of HI)
____ Director, Dept. of Health (State of HI)
____ Other _____

By _Colette M. Abe_ , Its authorized representative
    (Signature)

_RECORDS CLERK_
(Title)

_4-10-06_
(Date)

**FOR APD USE ONLY**
REQUESTS SENT TO:
__ HPD   ✓ OCCC
__ HSH   ✓ SHERIFF

REQUEST DATE _4-3-06_
DUE DATE _4-17-06_
PO _Jo Ann Ineda_
TELEPHONE _529-4520_

DOC 8717  AP-P-024 (10/02)

**ORIGINAL**

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | MITTIMUS<br>WARRANT OF COMMITMENT TO JAIL | CASE NUMBER<br>Cr. No. 05-1-1736 |
|---|---|---|
| STATE OF HAWAII vs. (DEFENDANT)<br><br>**LESLIE KAKINAMI** | | REPORT NUMBER(S)<br><br>1: 05326827<br>2: 05326828<br>3: 05330239 |

**OFFENSE(S) OF WHICH DEFENDANT WAS ADJUDGED GUILTY**

COUNT 1: FORGERY IN THE 2ND DEGREE
(§708-0852, H.R.S.)
COUNT 2: THEFT IN THE 2ND DEGREE
(§708-0831/1b, H.R.S.)
COUNT 3: IDENTITY THEFT IN THE 2ND DEGREE
(§708-0839.7, H.R.S.)

**THE STATE OF HAWAII TO:** The Sheriff of the State of Hawaii, or Deputy or to any police officer authorized by law:

The defendant has been adjudged guilty in this court of the offense indicated.

This court imposed the sentence upon the defendant which is stated in the attached judgment/order.

YOU ARE HEREBY ORDERED to take the defendant into your custody for the purpose of causing the sentence to be executed.

THIS MITTIMUS IS EFFECTIVE IMMEDIATELY.



In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the First Circuit Court Administration Office at PHONE NO. 539-4333, FAX 539-4322, or TTY 539-4853, at least ten (10) working days prior to your hearing or appointment date.

**NAME OF JUDGE ISSUING SENTENCE**
Michael A. Town

| DATE MITTIMUS ISSUED<br>AUGUST 28, 2006 | CLERK<br>ALDEN KAU | SIGNATURE<br>Alden Kau<br>FIRST CIRCUIT COURT |
|---|---|---|
| Distribution:<br>[ ] FILE<br>[ ] PROS.<br>[ ] DEF.<br>[ ] JAIL | [ ] Adult Client Services<br>[ ] HI PAROLE<br>[ ] POLICE DEPARTMENT | STATE OF HAWAII<br>ISSUED<br>4:00 o'clock P. M<br>Aug. 28, 2006<br>Alden Kau<br>Clerk |

LANFORM010   G:\COMMON\WP61\1CCFORMS\CRIMINAL\MITTIMUS.WPD   2/2/99