ORIGINAL

PETER B. CARLISLE  2209
Prosecuting Attorney
KATHERINE P. KEALOHA  6691
Deputy Prosecuting Attorney
City and County of Honolulu
Alii Place
1060 Richards Street, 10th Floor
Honolulu, Hawaii 96813
Ph:   547-7492
FAX:  527-6546
Attorneys for State of Hawaii



1ST CIRCUIT COURT
STATE OF HAWAII

2006 NOV 30  AM 9: 34

CLERK

IN THE CIRCUIT COURT OF THE FIRST CIRCUIT

STATE OF HAWAII

| STATE OF HAWAII | ) | CR. NO. 02-1-0580 |
|---|---|---|
| | ) | CR. NO. 03-1-0644 |
| vs. | ) | CR. NO. 03-1-0643 |
| | ) | CR. NO. 03-1-0642 |
| | ) | CR. NO. 02-1-2376 |
| LESLIE ANN KAKINAMI, | ) | CR. NO. 02-1-2375 |
| | ) | CR. NO. 02-1-1438 |
| Defendant. | ) | CR. NO. 05-1-1736 |
| | ) | CR. NO. 05-1-1718 |
| | ) | CR. NO. 05-1-1615 |
| | ) | |
| | ) | SUPPLEMENTAL SENTENCING |
| | ) | ORDERS OF THE COURT |

SUPPLEMENTAL SENTENCING ORDERS OF THE COURT

Sentencing of the above entitled Defendant occurred on August 28, 2006, before the

Honorable Michael A. Town. It is hereby ordered, as a supplemental Order of the Court, that the

Defendant herein be immediately transported from State custody and be remanded to the care and

custody of the Federal Marshall service, whereby she shall be transported to a Federal Incarceration

Facility. The specific facility of incarceration for this Defendant shall be chosen at the discretion of

00752kk.doc

EXHIBIT 3

Federal Authorities. The Court hereby makes a further Order that said Defendant herein shall serve her term of imprisonment, on the above-entitled matters in the Federal Facility, as it was the initial intention of this Court.

Thus, this Court hereby ORDERS the transport of the defendant herein to the Federal Marshall service, where she is to be transported to the Federal Detention Center forthwith. The Defendant shall serve her term of imprisonment on the above-entitled cases in a Federal Facility, to which will be identified by Federal authorities.

Dated at Honolulu, Hawaii:     NOV 3 0 2006    .

                                      MICHAEL A. TOWN
                                      Judge of the above entitled court

APPROVED AS TO FORM:

Approved via telephone authorization
_____
Chris Evans, Esq.
Attorney for Defendant Kakinami