

**U.S. Department of Justice**

Federal Bureau of Prisons

*Legal Counsel*

Federal Detention Center
351 Elliott St.
Honolulu, Hawaii, 96819

February 26, 2007

Les Osborne
United States Attorney's Office
District of Hawaii
Prince Kuhio Federal Building
300 Ala Moana Boulevard, Room #6-100
Honolulu, Hawaii 96850

RE:    United States v. Kakinami, 05-CR-00373-DAE (D. Haw.)
           KAKINAMI, Leslie, REGISTER NO. 84255-022

Dear Mr. Osborne:

     This letter is to provide you with additional information regarding Ms. Kakinami's §2255 habeas petition filed in federal criminal case 05-00373, requesting immediate transfer to a federal correctional facility. Although, Ms. Kakinami and the State of Hawaii do not have the authority to order her state sentence be served in a federal facility, the Federal Bureau of prisons (BOP) does permit a limited number of Hawaii State inmates to serve their state sentences at the Federal Detention Center in Honolulu, Hawaii (FDC Honolulu) in special circumstances.

     As part of an Intergovernmental Agreement (IGA) with the Hawaii Department of Public Safety (HDPS), the State of Hawaii pays the costs of incarceration for state inmates who have been recommended and accepted for placement at FDC Honolulu. The guidelines of the IGA generally require, in addition to medical and security concerns, that the state inmates held at FDC Honolulu do not have state sentences longer than 3 years. Ms. Kakinami, however, received a state sentence of 10 years.

     I recently contacted the HDPS Offender Management Program Officer regarding Ms. Kakinami's §2255 request for placement in federal correctional facility. He informed me that her 10 year sentence was well above the general maximum listed in the guidelines, and that HDPS did not intend to recommend Ms. Kakinami for placement at FDC Honolulu.

     If you have any questions regarding this matter, please contact me at (808)838-4200.

Sincerely,

Natalie Wight
Senior Attorney

**EXHIBIT 4**