**EXHIBIT "C"**

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE FIRST CIRCUIT | JUDGMENT<br>OF CONVICTION AND SENTENCE<br>NOTICE OF ENTRY | CASE NUMBER:<br>**Cr. No. 05-1-1718** |
|---|---|---|
| STATE VS. (DEFENDANT)<br>**LESLIE KAKINAMI**<br><br>Soc. Sec. No.: 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; 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<br>SID: A-253571   DOB: 08/31/61 | DATE OF HEARING:<br>AUGUST 28, 2006 | REPORT NUMBER(S):<br>CT. 1: 05295604<br>CT. 2: 05330626<br>CT. 3: 05295605<br>CT. 4: 05331618 |

**DEFENDANT'S PLEA:**

CHANGE OF PLEA

ORIGINAL CHARGE(S):
COUNTS 1 & 4: FORGERY IN THE 2ND DEGREE
   (§708-0852, H.R.S.)
COUNT 2: THEFT IN THE 2ND DEGREE
   (§708-0831/1b, H.R.S.)
COUNT 3: IDENTITY THEFT IN THE 2ND DEGREE
   (§708-0839.7, H.R.S.)

CHARGE(S) TO WHICH DEFENDANT PLED GUILTY OR NO CONTEST:
COUNTS 1 & 4: FORGERY IN THE 2ND DEGREE
   (§708-0852, H.R.S.)
COUNT 2: THEFT IN THE 2ND DEGREE
   (§708-0831/1b, H.R.S.)
COUNT 3: IDENTITY THEFT IN THE 2ND DEGREE
   (§708-0839.7, H.R.S.)

DEFENDANT IS CONVICTED AND FOUND GUILTY OF:
COUNTS 1 & 4: FORGERY IN THE 2ND DEGREE
   (§708-0852, H.R.S.)
COUNT 2: THEFT IN THE 2ND DEGREE
   (§708-0831/1b, H.R.S.)
COUNT 3: IDENTITY THEFT IN THE 2ND DEGREE
   (§708-0839.7, H.R.S.)

PHOTOGRAPH (If Available)        FINGERPRINT (If Available)

**FINAL JUDGMENT AND SENTENCE OF THE COURT:**

MANDATORY MINIMUM:
AS TO CTS. 1, 2 & 4: FIVE (5) YEARS
AS TO CT. 3: FIVE (5) YEARS NINE (9) MONTHS (REDUCED)

INCARCERATION:
FIVE (5) YEARS AS TO CTS. 1, 2 & 4
TEN (10) YEARS AS TO CT. 3
SENTENCE TO BE SERVED CONCURRENTLY WITH EACH OTHER AND WITH RELATED CRIMINAL CASES 02-1-0580; 03-1-0644; 03-1-0643; 03-1-0642; 02-1-2376; 02-1-2375; 02-1-1438; 05-1-1718 AND 05-1-1615 AND WITH THE FEDERAL CASE PRESENTLY SERVING. CREDIT FOR TIME SERVED.

MITTIMUS TO ISSUE IMMEDIATELY

OTHER: Motion for Sentencing of Repeat Offender Granted. Motion for Extended Term of Imprisonment Denied.

Defendant shall provide specimen samples and print impressions as required by H.R.S. Chap. 844D

DATE: AUGUST 28, 2006
JUDGE: MICHAEL A. TOWN
SIGNATURE: /s/

[SEAL - FIRST CIRCUIT COURT STATE OF HAWAII]

NOTICE OF ENTRY

FIRST CIRCUIT COURT
STATE OF HAWAII
FILED
August 28, 2006
4:00 pm

Alden Kau
Clerk, 19th Division

THIS JUDGMENT HAS BEEN ENTERED AND COPIES MAILED OR DELIVERED TO

DATE: AUGUST 28, 2006
CLERK: ALDEN KAU /s/

[ ] ORIGINAL FILE [ ] DPA [ ] DEFENSE-C. Evans [ ] PROBATION [ ] POLICE [ ] HCJDC [ ] PUBLIC SAFETY [ ] HPA [ ] CASHIERS

rev. 02/17/2006        LANFORM009-JUDGMENT OF CONVICTION AND SENTENCE; NOTICE OF ENTRY

PUBLIC SAFETY

## CERTIFICATE OF PRESENTENCE DETENTION

Name of Defendant __Leslie Kakinami__   HI SID No. __A0253571__   Date of Sentence __8-28-06__

| Cr. No./Count | Police Report # | Length of Detention From | To | No. of Days Detained |
|---|---|---|---|---|
| 05-1-1615/Ct 1 | 0520 4139 | | | 0 |
| 2 | 0520 4140 | | | 0 |
| 3 | 0530 5647 | | | 0 |
| 05-1-1718/Ct 1 | 0529 5604 | | | 0 |
| 2 | 0533 0626 | | | 0 |
| 3 | 0529 5605 | | | 0 |
| 4 | 0533 1618 | | | 0 |
| 05-1-1736/Ct 1 | 0532 6827 | | | 0 |
| 2 | 0532 6828 | | | 0 |
| 3 | 0533 0239 | | | 0 |

I certify that this defendant was detained as indicated above by my Department/Agency as of the date of sentence.

___ Chief of Police, Honolulu Police Dept.
✓ Director, Dept. of Public Safety (State of HI)
___ Director, Dept. of Health (State of HI)
___ Other _____

By _____, Its authorized representative
       (Signature)

__Deputy Sheriff II__
             (Title)

__4-11-06__
       (Date)

**FOR APD USE ONLY**   APR 12 P3:21
REQUESTS SENT TO:
__ HPD   ✓ OCCC
__ HSH   ✓ SHERIFF

REQUEST DATE __4-3-06__
DUE DATE __4-17-06__
PO __Simm Onda__
TELEPHONE __629-4520__

DOC 8717  AP-P-024 (10/02)

HPD

## CERTIFICATE OF PRESENTENCE DETENTION

Name of Defendant __Leslie Kakinami__    HI SID No. __A0253571__    Date of Sentence __8-28-06__

| Cr. No./Count | Police Report # | Length of Detention From | Length of Detention To | No. of Days Detained |
|---|---|---|---|---|
| 05-1-1615/Ct 1 | 0520-4139 | 7-26-05 | 7-28-05 | |
| 2 | 0520-4140 | ↓ | ↓ | |
| 3 | 05305647 | ↓ | ↓ | |
| 05-1-1718/Ct 1 | 05295604 | 8-12-05 | 8-15-05 | |
| 2 | 05330626 | ↓ | ↓ | |
| 3 | 05295605 | ↓ | ↓ | |
| 4 | 05331618 | ↓ | ↓ | |
| 05-1-1736/Ct 1 | 05326827 | 8-12-05 | 8-15-05 | |
| 2 | 05326828 | ↓ | ↓ | |
| 3 | 05330239 | ↓ | ↓ | |

I certify that this defendant was detained as indicated above by my Department/Agency as of the date of sentence.

✓ Chief of Police, Honolulu Police Dept.
___ Director, Dept. of Public Safety (State of HI)
___ Director, Dept. of Health (State of HI)
___ Other _____

By __J. CO__, Its authorized representative
(Signature)

__SA__
(Title)

__4-9-06__
(Date)

**FOR APD USE ONLY**

REQUESTS SENT TO:
✓ HPD    ✓ OCCC
___ HSH    ✓ SHERIFF

REQUEST DATE __4-3-06__
DUE DATE __4-17-06__
PO __John Inaba__
TELEPHONE __629-4520__

LA- 4/3/06

DOC 8717   AP-P-024 (10/02)

OCCC

# CERTIFICATE OF PRESENTENCE DETENTION

Name of Defendant: Leslie Kakinami    HI SID No. A0253571    Date of Sentence: 8-28-06

| Cr. No./Count | Police Report # | Length of Detention From | Length of Detention To | No. of Days Detained |
|---|---|---|---|---|
| 05-1-1615/Ct 1 | 0570-4139 | | | 0 |
| 2 | 0570-4140 | | | 0 |
| 3 | 05305647 | | | 0 |
| 05-1-1718/Ct 1 | 05295604 | 8-15-05 | 10-6-05 | 53 |
| 2 | 05330626 | " | " | |
| 3 | 05295605 | " | " | |
| 4 | 05331618 | " | " | |
| 05-1-1736/Ct 1 | 05326827 | " | " | |
| 2 | 05326828 | " | " | |
| 3 | 05330639 | " | " | |

I certify that this defendant was detained as indicated above by my Department/Agency as of the date of sentence.

____ Chief of Police, Honolulu Police Dept.
__✓__ Director, Dept. of Public Safety (State of HI)
____ Director, Dept. of Health (State of HI)
____ Other _____

By _Colette M. Abe_ , Its authorized representative
         (Signature)

RECORDS CLERK
         (Title)

4-10-06
         (Date)

APR 11 A9:52 '06

**FOR APD USE ONLY**
REQUESTS SENT TO:
_✓_ HPD   _✓_ OCCC
___ HSH   _✓_ SHERIFF

REQUEST DATE 4-3-06
DUE DATE 4-17-06
PO _Lynn Inaba_
TELEPHONE 529-4570

DOC 8717  AP-P-024 (10/02)

| STATE OF HAWAI'I<br>CIRCUIT COURT OF THE<br>FIRST CIRCUIT | MITTIMUS<br>WARRANT OF COMMITMENT TO JAIL | CASE NUMBER<br>Cr. No. 05-1-1718 |
|---|---|---|

| STATE OF HAWAII vs. (DEFENDANT)<br><br>**LESLIE KAKINAMI** | REPORT NUMBER(S)<br><br>1: 05295604<br>2: 05330626<br>3: 05295605<br>4: 05331618 |
|---|---|

OFFENSE(S) OF WHICH DEFENDANT WAS ADJUDGED GUILTY

COUNTS 1 & 4:  FORGERY IN THE 2ND DEGREE
          (§708-0852, H.R.S.)
COUNT 2:   THEFT IN THE 2ND DEGREE
          (§708-0831/1b, H.R.S.)
COUNT 3:   IDENTITY THEFT IN THE 2ND DEGREE
          (§708-0839.7, H.R.S.)

**THE STATE OF HAWAII TO:** The Sheriff of the State of Hawaii, or Deputy or to any police officer authorized by law:

The defendant has been adjudged guilty in this court of the offense indicated.

This court imposed the sentence upon the defendant which is stated in the attached judgment/order.

YOU ARE HEREBY ORDERED to take the defendant into your custody for the purpose of causing the sentence to be executed.

THIS MITTIMUS IS EFFECTIVE IMMEDIATELY.



In accordance with the Americans with Disabilities Act, and other applicable state and federal laws, if you require a reasonable accommodation for a disability, please contact the ADA Coordinator at the First Circuit Court Administration Office at PHONE NO. 539-4333, FAX 539-4322, or TTY 539-4853, at least ten (10) working days prior to your hearing or appointment date.

NAME OF JUDGE ISSUING SENTENCE
Michael A. Town

| DATE MITTIMUS ISSUED<br>AUGUST 28, 2006 | CLERK<br>ALDEN KAU | SIGNATURE<br>*Alden Kau* |
|---|---|---|

Distribution:
[ ] FILE
[ ] PROS.
[ ] DEF.
[ ] JAIL

[ ] Adult Client Services
[ ] HI PAROLE
[ ] POLICE DEPARTMENT

ISSUED
4:00 o'clock P. M
Aug. 28, 2006
*Alden Kau*
Clerk

(SEAL: FIRST CIRCUIT COURT STATE OF HAWAII)