**EXHIBIT "D"**



**First Circuit Court — Adult Client Services Branch** — THE JUDICIARY • STATE OF HAWAI'I
INTEGRATED COMMUNITY SANCTIONS SECTION • 850 RICHARDS STREET, THIRD FLOOR • HONOLULU, HAWAI'I 96813-4710
Telephone (808) 441-8950 • Fax (808) 521-1773 • www.state.hi.us/jud

Ronald T. Hajime
PROBATION ADMINISTRATOR

August 22, 2006

The Honorable Michael A. Town
Judge of the Nineteenth Division
First Circuit Court
Honolulu, Hawaii

Dear Judge Town,

      Re:   **KAKINAMI, Leslie A.**
Criminal Number 02-1-2376
<u>Count I:</u>
Forgery in the Second Degree
<u>Count II:</u>
Theft in the Second Degree

**KAKINAMI, Leslie A.,**
**Also known as Lacey**
Criminal Number 02-1-2375
<u>Count I:</u>
Forgery in the Second Degree
<u>Count II:</u>
Promoting a Dangerous Drug in the Third Degree
<u>Count III:</u>
Unlawful Use of Drug Paraphernalia

**KAKINAMI, Leslie**
Criminal Number 02-1-0580
<u>Count I:</u>
Forgery in the Second Degree
<u>Count II:</u>
Attempted Theft in the Second Degree
<u>Count III:</u>
Promoting a Dangerous Drug in the Second Degree

**KAKINAMI, Leslie Ann**
Criminal Number 02-1-1438
<u>Counts I and II:</u>
Forgery in the Second Degree
<u>Count III:</u>
Theft in the Second Degree

The Honorable Michael A. Town
Page 2
August 22, 2006
KAKINAMI, Leslie Ann

> Criminal Number 03-1-0643
> Forgery in the Second Degree
>
> Criminal Number 03-1-0642
> Forgery in the Second Degree
>
> Criminal Number 03-1-0644
> Counts I and II:
> Forgery in the Second Degree
> Count III:
> Identity Theft in the Second Degree
>
> Resentencing Date: August 28, 2006, at 8:30 a.m.

This report is written to update the court with further information regarding the defendant's status. The defendant has been detained at the Federal Detention Center since July 26, 2005, for nine (9) subsequent federal charges.

According to the defendant's U.S. Probation Officer, on August 17, 2006, the defendant pled guilty to three (3) counts of Bank Fraud and one (1) count of Aggravated Identification Theft. The defendant was sentenced to 69 months with the location of her sentence to be determined by the Bureau of Prisons.

Respectfully submitted,

SHIRLEEN R. CADIZ
Senior Probation Officer

REVIEWED AND APPROVED:

CHERYL HIGUCHI
Supervisor, Section III
Integrated Community Sanctions Section

SRC:mrl

c.    Leila Tanaka                              Christopher Evans
      Deputy Prosecuting Attorney              Defense Attorney