CHRISTOPHER R. EVANS, 2463
2524 Oahu Avenue
Honolulu, Hawaii  96822
Telephone:  (808) 988-5375

Attorney for Movant/Defendant

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>LESLIE A. KAKINAMI,<br><br>　　　　Movant/Defendant. | )  CR. NO. 05-00373 DAE<br>)<br>)<br>)  CERTIFICATE OF SERVICE<br>)<br>)<br>)<br>)<br>) |

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of Defendant and Petitioner's Reply to the Government's Opposition to Defendant's § 2255 Motion to Vacate Sentence filed _3-19-07_ was hand-delivered to the following-named persons on _3-19-07_.

| | By: | U.S.<br>Mail | Hand<br>Delivered |
|---|---|---|---|
| TO:  OFFICE OF THE U.S. ATTORNEY<br>District of Hawaii<br>Room 6100, PJKK Federal Building<br>300 Ala Moana Blvd., Box 50183<br>Honolulu, Hawaii  9685 | | [  ] | [ X ] |

Attorneys for Plaintiff
UNITED STATES OF AMERICA

FEDERAL PUBLIC DEFENDER'S OFFICE    [   ]    [ X ]
Suite 7-104, PJKK Federal Building
300 Ala Moana Boulevard
Honolulu, Hawaii  96813

DEPARTMENT OF THE ATTORNEY GENERAL    [   ]    [ X ]
State of Hawaii
Criminal Justice Division
425 Queen Street
Honolulu, Hawaii  96813

DATED:  Honolulu, Hawaii, _____3 - 19_____, 2007.

_____
CHRISTOPHER R. EVANS, ESQ.
Attorney for Movant/Defendant
LESLIE A. KAKINAMI