# MINUTES

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

March 15, 2007  4:30 pm

SUE BEITIA, CLERK

| | |
|---|---|
| CASE NUMBER: | CR 05-00487HG |
| CASE NAME: | UNITED STATES OF AMERICA v. LEINAALA REGHI, aka "April Kekona", aka "Leinaala Lehua Reghi" |
| ATTYS FOR PLA: | Loretta A. Sheehan, AUSA |
| ATTYS FOR DEFT: | Richard D. Gronna, Esq. |

*Rule 36 FRCP* (handwritten)

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Stephen Platt |
| DATE: | March 15, 2007 | TIME: | 3:00 - 3:30 |

COURT ACTION:  DEFENDANT'S MOTION TO CORRECT AND/OR AMEND SENTENCE -

Discussion held.

The Court vacates the prior sentence imposed on July 24, 2006 in order to achieve the intent of the Court's prior sentence.

The Court will impose the same sentence except that imprisonment will run concurrently to the sentences in the 9 cases in the Hawaii State Court. The case numbers are as follows: CR 04-1-1911, CR 04-1-1871, CR 04-1-2334, CR 05-1-1655, CR 05-1-2007, CR 06-1-0178, CR 06-1-1098, CR 06-1-0200, and CR 06-1-0445. The sentence will run nunc pro tunc from November 28, 2005.

Submitted by: Mary Rose Feria, Courtroom Manager

*EXHIBIT "A"* (handwritten)