CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of Defendant's Rule 36, Federal Rules of Criminal Procedure Motion to Correct and/or Amend Sentence was hand-delivered to the following-named party on _5-24-07_.

|  | By: | U.S. Mail | Hand Delivered |
|---|---|---|---|
| TO: LESLIE E. OSBORNE, JR., ESQ.<br>Assistant U.S. Attorney<br>OFFICE OF THE U.S. ATTORNEY<br>District of Hawaii<br>Room 6100, PJKK Federal Building<br>300 Ala Moana Blvd., Box 50183<br>Honolulu, Hawaii 96850<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |  | [ ] | [ X ] |

DATED: Honolulu, Hawaii, _5-24_, 2007.

_/s/ CRE_
CHRISTOPHER R. EVANS, ESQ.
Attorney for Defendant
LESLIE A. KAKINAMI

-5-