PROPOSED ORDER

ORDER GRANTING DEFENDANT'S EX PARTE MOTION
TO EXTEND TIME WITHIN WHICH TO FILE NOTICE OF APPEAL
AND MOTION FOR CERTIFICATE OF APPEALABILITY
FROM DENIAL OF DEFENDANT'S SECTION 2255 MOTION

Defendant, LESLIE A. KAKINAMI, having presented her *ex parte* motion to extend time within which to file notice of appeal and motion for certificate of appealability from denial of defendant's section 2255 motion, and good cause appearing therefore;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that defendant's motion shall be and the same is hereby GRANTED and defendant shall have an additional 30 days' time within which to file her notice of appeal and motion for certificate of appealability from the initial 30-days deadline provided for in *Rule 4(a)(1)(A)* of the *Rules of Appellate Procedure*. Defendant shall be responsible for the calculation of time periods granted by this Order.

DATED: Honolulu, Hawaii, _____.

_____
David Alan Ezra
United States District Judge

PROPOSED ORDER

-4-