CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of Defendant's Ex Parte Motion to Extend time within Which to File Notice of Appeal and Motion for Certificate of Appealability from Denial of Defendant's Section 2255 Motion, was hand-delivered to the following-named party on _5-24-07_.

|  | By: | U.S. Mail | Hand Delivered |
|---|---|---|---|
| TO: LESLIE E. OSBORNE, JR., ESQ.<br>Assistant U.S. Attorney<br>OFFICE OF THE U.S. ATTORNEY<br>District of Hawaii<br>Room 6100, PJKK Federal Building<br>300 Ala Moana Blvd., Box 50183<br>Honolulu, Hawaii  96850<br><br>Attorneys for Plaintiff<br>UNITED STATES OF AMERICA |  | [ ] | [ X ] |

DATED: Honolulu, Hawaii, _5-24_, 2007.

_____
CHRISTOPHER R. EVANS, ESQ.
Attorney for Defendant
LESLIE A. KAKINAMI