AO83

# Court Copy

Receipt for Payment

## U.S. District Court - Hawaii

For Internal Use Only

| | |
|---|---|
| Receipt | 239720 |
| Trans | 145889 |

Received From: **CHRISTOPHER R. EVANS**
Case Number:
Reference Number: **CR 05-373DAE**

| | | |
|---|---|---|
| Check | | 455.00 |
| Total | | 455.00 |

| Description | Fund | Qty | Amount |
|---|---|---|---|
| APPEAL, NOTICE OF, CROSS | 086900 | 1 | 105.00 |
| APPEAL, NOTICE OF, CROSS | 510000 | 1 | 150.00 |
| APPEAL, NOTICE OF, CROSS | 086400 | 1 | 200.00 |
| | **Total** | | **455.00** |
| | Tend | | 455.00 |
| | Due | | 0.00 |

06/05/2007 08:29:00 AM     Deputy Clerk: et/AG