TO:      Clerk, U.S. Court of Appeals                                Date: July 25, 2007

FROM:    Clerk, U.S. District Court, Hawaii

SUBJECT: New Appeals Docketing Information, Criminal Case

## CASE INFORMATION

COMPLETE TITLE:      U.S.A. vs LESLIE A. KAKINAMI

U.S.D.C CASE NO.     CR 05-00373DAE
                     CV 07-00055DAE-BMK

U.S.D.C. JUDGE:      David Alan Ezra

COMPLAINT ( ), INDICTMENT (✓), INFORMATION ( ), PETITION ( ), FILED:   09/14/05

APPEALED ORDER FILED:        07/18/07 & 05/30/07

NOTICE OF APPEAL FILED:      JUNE 5, 2007

## COUNSEL INFORMATION

| APPELLANT: | APPELLEE: |
|---|---|
| CHRISTOPHER R. EVANS | LESLIE E. OSBORNE, JR., AUSA |
| ATTORNEY AT LAW | OFFICE OF THE U.S. ATTORNEY |
| 2524 OAHU AVENUE | 300 ALA MOANA BLVD., RM. 6100 |
| HONOLULU, HI 96822 | HONOLULU, HI 96850 |

(List multiple counsel on separate sheet and attach.)

APPOINTED BY: RETAINED

          (e.g. C.J.A., Public Defender, Other.)

## DEFENDANT INFORMATION

ADDRESS:                                CUSTODY:              ✓

                                        BAIL:                 __

F/P GRANTED:     __
                                        COUNSEL WAIVED:       __
NO OF DAYS OF TRIAL:  _                 COURT REPORTER(S): ESR, CYNTHIA
                                        FAZIO, SEE DOCKET SHEETS    __

# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.    **SHORT CASE TITLE:**     U.S.A. vs. LESLIE A. KAKINAMI

    **U.S. COURT OF APPEALS DOCKET NUMBER**:_____

    **U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

    **U.S. DISTRICT COURT DOCKET NUMBER:**    CR 05-00373DAE

    CV 07-00055DAE-BMK

II    **DATE NOTICE OF APPEAL FILED:**     JUNE 5, 2007

III    **U.S. COURT OF APPEALS PAYMENT STATUS:** Filing fee of $455.00 paid in Civil Case.

| | |
|---|---|
| **DOCKET FEE PAID ON:** | **AMOUNT:** |
| **NOT PAID YET:** | **BILLED:** |
| **U.S. GOVERNMENT APPEAL:** | **FEE WAIVED:** |

    WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?

    IF YES, SHOW DATE:

    WAS F.P. STATUS REVOKED:     DATE:

    WAS F.P. STATUS LIMITED IN SOME FASHION?

    IF YES, EXPLAIN:

IV    **COMPANION CASES, IF ANY:**

V.    **COMPLETED IN THE U.S. DISTRICT COURT BY**:

    Laila M. Geronimo

_____

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note: This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)

UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
OFFICE OF THE CLERK
300 ALA MOANA BLVD., RM C-338
HONOLULU, HAWAII 96850

Sue Beitia
Clerk of Court

TEL (808) 541-1300
FAX (808) 541-1303

July 25, 2007

LESLIE E. OSBORNE, JR.
OFFICE OF THE U.S. ATTORNEY
300 ALA MOANA BLVD., RM. 6100
HONOLULU, HI  96850


IN RE:      U.S.A v. LESLIE A. KAKINAMI
CR NO.     CR 05-00373DAE
           CV 07-00055DAE-BMK


Dear Counsel:

Pursuant to Rule 3(d) FRAP, you are hereby notified that a Notice of Appeal was filed in the above-entitled case on JUNE 5, 2007.

All counsel (or Pro Se) should read and follow the enclosed instructions. Thank You.


Sincerely,
Sue Beitia, Clerk

By      Laila M. Geronimo
        Deputy


Enclosures

cc:    Clerk, 9th CCA w/copy of NA,
            docket sheet, dfnf
       CHRISTOPHER R. EVANS
            with copy of instructions for criminal appeals
            Transcript Desig. & Ordering Form
            with instructions and a copy of the
            docket sheet