# UNITED STATES COURT OF APPEALS
# FOR THE NINTH CIRCUIT

## DOCKET FEE PAYMENT NOTIFICATION FORM

I.  **SHORT CASE TITLE:**   U.S.A. vs. LESLIE A. KAKINAMI

　　**U.S. COURT OF APPEALS DOCKET NUMBER:**_____

　　**U.S. DISTRICT COURT FOR THE DISTRICT OF HAWAII**

　　**U.S. DISTRICT COURT DOCKET NUMBER:**   CR 05-00373DAE
　　　　　　　　　　　　　　　　　　　　　　　CV 07-00055DAE-BMK

II  **DATE NOTICE OF APPEAL FILED:**   JUNE 5, 2007

III  **U.S. COURT OF APPEALS PAYMENT STATUS:** Filing fee of $455.00 paid in Civil Case.

　　**DOCKET FEE PAID ON:**          **AMOUNT:**

　　**NOT PAID YET:**                **BILLED:**

　　**U.S. GOVERNMENT APPEAL:**      **FEE WAIVED:**

　　**WAS APPELLANT OR APPELLE GRANTED F.P. STATUS?**

　　**IF YES, SHOW DATE:**

　　**WAS F.P. STATUS REVOKED:**     **DATE:**

　　**WAS F.P. STATUS LIMITED IN SOME FASHION?**

　　**IF YES, EXPLAIN:**

RECEIVED
CLERK U.S. DISTRICT COURT
AUG 03 2007
DISTRICT OF HAWAII

IV  **COMPANION CASES, IF ANY:**

V.  **COMPLETED IN THE U.S. DISTRICT COURT BY:**

　　Laila M. Geronimo

07-16357

---

AMENDED NOTIFICATION _____ PAID_____ F.P. _____

DISTRICT COURT CLERK BY: _____

(Note:  This form is only utilized to notify the U.S. Court of Appeals concerning the satisfaction of the U.S. Court of Appeals Docket Fee.)