IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

Transcript Designation and Ordering Form

U.S. Court of Appeals Case No. _____ U.S. District Court Case No. CR. NO. 05-00373 DAE

Short Case Title __U.S. v. LESLIE A. KAKINAMI__

Date Notice of Appeal Filed by Clerk of District Court __June 5, 2007__

**SECTION A** - To be completed by party ordering transcript

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII
JUL 26 2007
at __9__ o'clock and __06__ min __A__ M.
SUE BEITIA, CLERK

| HEARING DATE(s) | COURT REPORTER | PROCEEDINGS (strike portion not desired) |
|---|---|---|
| | | Voir Dire |
| | | Opening Statements |
| | | Settlement Instructions |
| | | Closing Arguments |
| | | Jury Instructions |
| | | Pre-Trial Proceedings |
| August 17, 2006 | Sentencing/Cynthia Fazio | Other (please specify) |

(additional page for designations if necessary)

( ) I do not intend to designate any portion of the transcript and will notify all counsel of this intention.
(X) As retained counsel (or litigant proceeding in pro per). I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.
( ) As appointed counsel I certify that an appropriate order authorizing preparation of the transcript at the expense of the United States has been, or within 5 days hereof will be, obtained and delivered to the reporter. I agree to recommend payment for work done prior to cancellation of this order.

Date transcript ordered __7-26-07__    Estimated date for completion of transcript _____

Print Name of Attorney __CHRISTOPHER R. EVANS__    Phone Number __988-5375__

Signature of Attorney __/s/ Christopher R. Evans__

Address __2524 Oahu Avenue, Hon. HI 96822__

**SECTION B** - To be completed by court reporter

I, __Cynthia Fazio__ have received this designation.
(signature of court reporter)

(✓) Arrangements for payment were made on __8/6/07__
( ) Arrangements for payment have not been made pursuant to FRAP 10(b).

_____ Approximate Number of Pages in Transcript--Due Date (previously filed)

**SECTION C** - To be completed by court reporter

When the transcript is filed, complete this section and submit to the U.S. district court with the completed transcript. The district court will not file the transcript without this completed form.

Date transcript filed __11/14/06__    Court Reporter's Signature __Cynthia Fazio__

**SECTION D** - To be completed by the Clerk

U.S. DISTRICT COURT CLERK: I certify that the record is available in the office of the U.S. District Court.S

__Sue Beitia__    __08/10/07__    BY: __/s/ Laila M. Gionni__
(U.S. District Court Clerk)    (date)    DEPUTY CLERK